# United States Bankruptcy Court
## For the
## Northern District of New York-Utica

| | | |
|---|---|---|
| **IN RE:** | DAVID M & LORI L SMITH<br>1515 COUNTY ROUTE 14<br>CANTON, NY 13617 | CASE No. 15-60403<br>SS #1  XXX-XX-3100<br>SS #2  XXX-XX-6008 |

## NOTICE TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(4), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 001-3 | INTERNAL REVENUE SERVICE / PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 10,053.00 | | Priority |
| 001-3 | INTERNAL REVENUE SERVICE / PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 1,706.94 | 99.0000% | Unsecured |
| 002-1 | NYS TAX COMMISSIONER / NYS DEPT OF TAX/BANK SUB SECT<br>PO BOX 5300 / ALBANY, NY 12205-0300 | 177.57<br>7.5000% | | Secured |
| 003-1 | TD RETAIL CARD SERVICES / C/O CREDITORS BANKRUPTCY SVC<br>PO BOX 800849 / DALLAS, TX 75380 | 200.00 | | Secured<br>312.00 |
| 003-1 | TD RETAIL CARD SERVICES / C/O CREDITORS BANKRUPTCY SVC<br>PO BOX 800849 / DALLAS, TX 75380 | 479.58 | 99.0000% | Unsecured |
| 004-1 | DISCOVER BANK / DB SERVICING CORP<br>PO BOX 3025 / NEW ALBANY, OH 43054-3025 | 9,088.12 | 99.0000% | Unsecured |
| 005-1 | ST LAWRENCE CO TREASURER / 48 COURT ST<br>CANTON, NY 13617 | 1,749.57 | | Secured |
| 006-1 | ST LAWRENCE CO TREASURER / 48 COURT ST<br>CANTON, NY 13617 | 13,325.84 | | Secured |
| 007-1 | ECAST SETTLEMENT CORP / C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD / TUCSON, AZ 85712 | 2,221.27 | | Secured<br>2,221.27 |
| 008-1 | LVNV FUNDING LLC / % RESURGENT CAPITAL SRVS<br>PO BOX 10587 / GREENVILLE, SC 29603-0587 | 4,469.62 | 99.0000% | Unsecured |
| 009-1 | LVNV FUNDING LLC / % RESURGENT CAPITAL SRVS<br>PO BOX 10587 / GREENVILLE, SC 29603-0587 | 735.03 | 99.0000% | Unsecured |
| 010-1 | OCWEN LOAN SERVICING LLC / ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 24605 / WEST PALM BEACH, FL 33416-4605 | 75,251.02 | | DirectPay<br>75,805.65 |
| 402 | OCWEN LOAN SERVICING INC / ATTN BANKRUPTCY DEPARTMENT<br>1100 VIRGINIA DRIVE SUITE 175 / FORT WASHINGTON, PA 19034 | None | | Not Filed |
| | NEIL T BHATT ESQ<br>LEKKI HILL DUPREY & BHATT PC<br>21 COURT STREET<br>CANTON, NY 13617 | 3,104.00 | | Debtor's Attorney |

WHEREFORE, your trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution as indicated above.

/s/Mark W. Swimelar

Pursuant to 11 U.S.C. 502 (a), the claims which have been filed as recited above are deemed allowed unless objection is made by the debtor or other party in interest. The debtor and debtor attorney of record shall be given forty-five (45) days from the date of filing of this notice within which to examine the proofs of claim and to file a motion objecting to any claim which may be improper. The absence of a timely filed objection will be deemed an approval by the debtor(s) of the claims as recited above.

### Certificate of Mailing

The undersigned hereby certifies that a copy of this Notice was mailed to the debtor. The debtor's attorney of record and United States Trustee's office received notice via the electronic filing of this Notice.

Dated:  09/25/2015        /s/Jennifer Scrafford

# United States Bankruptcy Court
## For the
## Northern District of New York-Utica

**IN RE:**
DAVID M & LORI L SMITH
1515 COUNTY ROUTE 14
CANTON, NY 13617

CASE No. 15-60403

SS #1  XXX-XX-3100
SS #2  XXX-XX-6008

## NOTICE TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(4), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 408 | IRS / SPECIAL PROCEDURES<br>LEO OBRIEN FED BLDG / ALBANY, NY 12207 | None<br>2,085.00 | | Not Filed |
| 409 | ADIRONDACK FURNITURE / 1015 NORTH STATE STREET<br>SYRACUSE, NY 13208 | None<br>1,550.00 | | Not Filed |
| 410 | CITIBANK (SOUTH DAKOTA) NA / 701 E 60TH ST NORTH<br>PO BOX 6034 / SIOUX FALLS, SD 57117 | None<br>23,226.04 | | Not Filed |
| 411 | PORTFOLIO RECOVERY AND AFFIL / ATTN: BANKRUPTCY<br>120 CORPORATE BLVD SUITE 100 / NORFOLK, VA 23502 | None | | Not Filed |
| 412 | CITIBANK (SOUTH DAKOTA) NA / 701 EAST 60TH STREET NORTH<br>SIOUX FALLS, SD 57104 | None<br>2,551.24 | | Not Filed |
| 413 | PORTFOLIO RECOVERY AND AFFIL / ATTN: BANKRUPTCY<br>120 CORPORATE BLVD SUITE 100 / NORFOLK, VA 23502 | None | | Not Filed |
| 414 | CITIFINANCIAL / P O BOX 6043<br>SIOUX FALLS, SD 57117-6043 | None<br>1,497.75 | | Not Filed |
| 415 | CITIFINANCIAL INC / PO BOX 70919<br>CHARLOTTE, NC 28272-0919 | None | | Not Filed |
| 416 | DELL FINANCIAL SERVICES LP / COLLECTIONS/CONSUMER BANKRUPT<br>PO BOX 81577 / AUSTIN, TX 78708-1577 | None<br>293.13 | | Not Filed |
| 417 | RESURGENT CAPITAL SERVICES LP / PO BOX 5025<br>SIOUX FALLS, SD 57117-5025 | None | | Not Filed |
| 419 | CAPITAL MANAGEMENT SERVICES / RE CITIBANK/THD<br>726 EXCHANGE ST STE 700 / BUFFALO, NY 14210 | None | | Not Filed |
| 421 | CHASE BANK USA / 800 BROOKSEDGE BLVD<br>COLUMBUS, OH 43081 | None | | Not Filed |
| 423 | JC PENNEY GEMB / BANKRUPTCY DEPT<br>PO BOX 103104 / ROSWELL, GA 30076 | None | | Not Filed |
| | NEIL T BHATT ESQ<br>LEKKI HILL DUPREY & BHATT PC<br>21 COURT STREET<br>CANTON, NY 13617 | 3,104.00 | | Debtor's Attorney |

WHEREFORE, your trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution as indicated above.

/s/Mark W. Swimelar

Pursuant to 11 U.S.C. 502 (a), the claims which have been filed as recited above are deemed allowed unless objection is made by the debtor or other party in interest. The debtor and debtor attorney of record shall be given forty-five (45) days from the date of filing of this notice within which to examine the proofs of claim and to file a motion objecting to any claim which may be improper. The absence of a timely filed objection will be deemed an approval by the debtor(s) of the claims as recited above.

### Certificate of Mailing

The undersigned hereby certifies that a copy of this Notice was mailed to the debtor. The debtor's attorney of record and United States Trustee's office received notice via the electronic filing of this Notice.

Dated: 09/25/2015     /s/Jennifer Scrafford

# United States Bankruptcy Court
## For the
## Northern District of New York-Utica

| | | |
|---|---|---|
| **IN RE:** DAVID M & LORI L SMITH<br>1515 COUNTY ROUTE 14<br>CANTON, NY 13617 | | CASE No. 15-60403<br>SS #1  XXX-XX-3100<br>SS #2  XXX-XX-6008 |

## NOTICE TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(4), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 424 | ECAST SETTLEMENT CORPORATION / PO BOX 7247-6971<br>PHILADELPHIA, PA 19170-6971 | None | | Not Filed<br>3,383.00 |
| 425 | CAPITAL ONE CARD SERVICES / PO BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | None | | Not Filed |
| 426 | ECAST SETTLEMENT CORPORATION / PO BOX 7247-6971<br>PHILADELPHIA, PA 19170-6971 | None | | Not Filed<br>10,184.00 |
| 427 | CHASE BANK ONE CARD SERVICES / 800 BROOKEDGE BLVD<br>WESTERVILLE, OH 43081 | None | | Not Filed |
| 428 | GE MONEY BANK / PO BOX 103104<br>ROSWELL, GA 30076 | None | | Not Filed<br>1,025.67 |
| 429 | FRONTLINE ASSET STRATEGIES / DEPT 19037<br>PO BOX 1259 / OAKS, PA 19456 | None | | Not Filed |
| 430 | HSBC / BANKRUPTCY DEPARTMENT<br>PO BOX 80026 / SALINAS, CA 93912 | None | | Not Filed<br>2,372.52 |
| 431 | BASS & ASSOCIATES / 3936 EAST FT LOWELL SUITE 200<br>TUCSON, AZ 85712 | None | | Not Filed |
| 432 | POLARIS RETAIL SERVICE / P O BOX 17602<br>BALTIMORE, MD 21297 | None | | Not Filed |
| 433 | JEFFERSON CAPITAL SYSTEM / 16 MCLELAND RD<br>SINT CLOUD, MN 56303 | None | | Not Filed<br>13,022.23 |
| 434 | ASSET RECOVERY SOLUTIONS LLC / 2200 EAST DEVON AVE<br>SUITE 200 / DES PLAINES, IL 60018-4501 | None | | Not Filed |
| 435 | EMERGE / PO BOX 105555<br>ATLANTA, GA 30348-5555 | None | | Not Filed |
| 436 | PORTFOLIO RECOVERY AND AFFIL / ATTN: BANKRUPTCY<br>120 CORPORATE BLVD SUITE 100 / NORFOLK, VA 23502 | None | | Not Filed<br>12,422.00 |
| | NEIL T BHATT ESQ<br>LEKKI HILL DUPREY & BHATT PC<br>21 COURT STREET<br>CANTON, NY 13617 | 3,104.00 | | Debtor's Attorney |

WHEREFORE, your trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution as indicated above.

/s/Mark W. Swimelar

Pursuant to 11 U.S.C. 502 (a), the claims which have been filed as recited above are deemed allowed unless objection is made by the debtor or other party in interest. The debtor and debtor attorney of record shall be given forty-five (45) days from the date of filing of this notice within which to examine the proofs of claim and to file a motion objecting to any claim which may be improper. The absence of a timely filed objection will be deemed an approval by the debtor(s) of the claims as recited above.

### Certificate of Mailing

The undersigned hereby certifies that a copy of this Notice was mailed to the debtor. The debtor's attorney of record and United States Trustee's office received notice via the electronic filing of this Notice.

Dated: 09/25/2015        /s/Jennifer Scrafford

# United States Bankruptcy Court
## For the
### Northern District of New York-Utica

| IN RE: | | | CASE No. 15-60403 |
|---|---|---|---|
| DAVID M & LORI L SMITH | | | |
| 1515 COUNTY ROUTE 14 | | | SS #1  XXX-XX-3100 |
| CANTON, NY 13617 | | | SS #2  XXX-XX-6008 |

## NOTICE TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(4), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 437 | AT&T UNIVERSAL CARD / PO BOX 44167<br>S HACKENSACK, NJ 07606 | None | | Not Filed |
| 438 | CITIBANK (SOUTH DAKOTA) NA / 701 EAST 60TH STREET NORTH<br>SIOUX FALLS, SD 57104 | None | | Not Filed |
| 439 | PORTFOLIO RECOVERY AND AFFIL / ATTN: BANKRUPTCY<br>120 CORPORATE BLVD SUITE 100 / NORFOLK, VA 23502 | None | | Not Filed<br>11,468.00 |
| 440 | FIA CARD SERVICES/BANK OF AMERICA / ATTN: MR BK DE5 023 03 03<br>1000 SAMOSET DR / NEWARK, DE 19713 | None | | Not Filed |
| 441 | PORTFOLIO RECOVERY AND AFFIL / ATTN: BANKRUPTCY<br>120 CORPORATE BLVD SUITE 100 / NORFOLK, VA 23502 | None | | Not Filed<br>2,378.00 |
| 442 | SEARS ATTN: BANKRUPTCY DEPT. / 7920 NW 110TH STREET<br>KANSAS CITY, MO 64153-1270 | None | | Not Filed |
| 443 | SUBURBAN ENERGY SERVICES / PO BOX 180<br>688 EAST MAIN ST / MALONE, NY 12953 | None | | Not Filed<br>1,526.52 |
| 444 | ROBERT P ROTHMAN ESQ / 120 EAST WASHINGTON STREET<br>SUITE 107 / SYRACUSE, NY 13202 | None | | Not Filed |
| 446 | US DEPT OF EDUCATION / PO BOX 5609<br>GREENVILLE, TX 75403 | None | | Not Filed<br>4,866.13 |
| 447 | TD RCS/YARD CARD/904 / 1000 MACARTHUR BLVD<br>MAHWAH, NJ 07430 | None | | Not Filed<br>841.00 |
| 899 | DAVID M & LORI L SMITH / 1515 COUNTY ROUTE 14<br>CANTON, NY 13617 | None | | Refund |
| | Total | 119,457.56 | ******* | |

| | | |
|---|---|---|
| NEIL T BHATT ESQ<br>LEKKI HILL DUPREY & BHATT PC<br>21 COURT STREET<br>CANTON, NY 13617 | 3,104.00 | Debtor's Attorney |

WHEREFORE, your trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution as indicated above.

/s/Mark W. Swimelar

Pursuant to 11 U.S.C. 502 (a), the claims which have been filed as recited above are deemed allowed unless objection is made by the debtor or other party in interest. The debtor and debtor attorney of record shall be given forty-five (45) days from the date of filing of this notice within which to examine the proofs of claim and to file a motion objecting to any claim which may be improper. The absence of a timely filed objection will be deemed an approval by the debtor(s) of the claims as recited above.

### Certificate of Mailing

The undersigned hereby certifies that a copy of this Notice was mailed to the debtor. The debtor's attorney of record and United States Trustee's office received notice via the electronic filing of this Notice.

Dated:   09/25/2015          /s/Jennifer Scrafford